**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:     In re David Brecker

Appellate case number:   01-13-00808-CV

Trial court case number: 2009L-4689

Trial court:             County Court at Law of Austin County

On September 20, 2013, relator, David Brecker, filed a petition for writ of mandamus challenging the trial court's September 3, 2013 order granting Misty Brecker the exclusive right to designate the primary residence of C.B. and to make all medical decisions affecting C.B. It is **ordered** that the response of any real party in interest is due Monday, October 7, 2013.

It is so ORDERED.

Judge's signature: /s/ Michael Massengale
                   ☒ Acting individually     ☐ Acting for the Court

Date: September 20, 2013